UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 1:15-MJ-135 |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| DARIUS DEONTE MOTEN. | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Complaint as to the referenced defendant in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: December 1, 2015

Dennis L. Howell
United States Magistrate Judge